IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APRIL COYLE,

      Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

      Defendants.

No. C 16-05674 WHA

**ORDER DENYING PRO
HAC VICE APPLICATION**

      The *pro hac vice* application of Attorney Andrew Soukup (Dkt. No. 31) is **DENIED** for failing to comply with Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States *Court* or of the highest *court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it identifies only the state of bar membership — *e.g.*, "the bar of the District of Columbia" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated: November 30, 2016.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE