1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C**.
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
   Attorneys for Plaintiff
5

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| APRIL COYLE, | Case No.: 3:16-CV-05674-WHA |
| Plaintiff, | ~~STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff April Coyle and defendant Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

| | | |
|---|---|---|
| 1 | DATED: January 5, 2017 | Sagaria Law, P.C. |
| 2 | | By: */s/ Elliot W. Gale* |
| 3 | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| 4 | | April Coyle |
| 5 | | |
| 6 | DATED: January 5, 2017 | McGuire Woods LLP |

By: */s/ Anthony Le*
 Anthony Le
Attorneys for Defendant
Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Bank of America, N.A. is dismissed with prejudice as to plaintiff's claims only (i.e., without prejudice to any potential cross-claims that might possibly be asserted later by co-defendants against Bank of America).

IT IS SO ORDERED.

DATED: January 18, 2017.

 *[signature]*
 WILLIAM ALSUP
 UNITED STATES DISTRICT JUDGE