1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C**,
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| APRIL COYLE, | Case No.: 3:16-CV-05674-WHA |
|---|---|
| Plaintiff, | ~~STIPULATION TO DISMISS DEFENDANT CAPITAL ONE, NATIONAL ASSOCIATION; PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff April Coyle and defendant Capital One, National Association, that Capital One, National Association be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  January 18, 2017         Sagaria Law, P.C.

                                 By:  ___*/s/ Elliot W. Gale*___
                                          Elliot W. Gale
                                 Attorneys for Plaintiff
                                 April Coyle

DATED:  January 18, 2017         Doll Amir and Eley LLP

                                 By:  ___*/s/ Chelsea Diaz*___
                                          Chelsea Diaz
                                 Attorneys for Defendant
                                 Capital One, National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Capital One, National Association is dismissed with prejudice as to plaintiff's claims only (i.e., without prejudice to any potential cross-claims that might possibly be asserted later by co-defendants against Capital One).

IT IS SO ORDERED.

DATED:  January 19, 2017.            _____
                                         William H. Alsup
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT CAPITAL ONE, NATIONAL ASSOCIATION; PROPOSED ORDER - 2